UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miles Lacross,

        Plaintiff,

v.                                                          Civil No. 10-3922 (JNE/LIB)
                                                          ORDER

City of Duluth, Officer Anton Marc,
Lt. Dan Chicos, Unknown/Unnamed Police
Officers of the City of Duluth, St. Luke's
Hospital,

        Defendants.

This case is before the Court on Plaintiff's objections to an Order issued by the Honorable Leo I. Brisbois, United States Magistrate Judge, on July 18, 2011.  In that Order, the magistrate judge granted in part Plaintiff's Motion to Amend and granted Plaintiff's Motion to Substitute Exhibits.  Plaintiff objected and Defendants responded. The Court has reviewed the record.  Based on that review, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law."  *See* 28 U.S.C. § 636(b)(1)(A) (2006); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a).  Therefore, IT IS ORDERED THAT:

1.     The magistrate judge's July 18, 2011 Order [Docket No. 31] is AFFIRMED.

Dated: August 26, 2011

                                                                      s/ Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge